UNITED STATES of America,
Plaintiff–Appellee,

v.

Willie Pernell BURTON, Defendant–
Appellant.

No. 01–7625.

United States Court of Appeals,
Fourth Circuit.

Submitted Jan. 23, 2002.

Decided Feb. 7, 2002.

Willie Pernell Burton, Appellant Pro Se.
Rudolf A. Renfer, Jr., Assistant United
States Attorney, Raleigh, North Carolina,
for Appellee.

Before LUTTIG, WILLIAMS, and
MICHAEL, Circuit Judges.

OPINION

PER CURIAM.

Willie Pernell Burton seeks to appeal
the district court's order denying his mo-
tion filed under 28 U.S.C.A. § 2255 (West
Supp.2001). We have reviewed the record
and the district court's opinion and find no
reversible error.

As to Burton's claim that the indictment
was so defective as to render his guilty
plea invalid, we find that the indictment
adequately stated the elements of the of-
fense (prior to the Supreme Court's hold-
ing in *Apprendi v. New Jersey*, 530 U.S.
466, 120 S.Ct. 2348, 147 L.Ed.2d 435

(2001)), and Burton's co-conspirators did
not need to be named in the indictment.
*United States v. Burgos*, 94 F.3d 849, 857
(4th Cir.1996) (en banc); *United States v.
American Waste Fibers Co.*, 809 F.2d
1044, 1046 (4th Cir.1987). Further, as the
district court correctly concluded, Burton's
*Apprendi* challenges are not cognizable in
the collateral review proceeding. *United
States v. Sanders*, 247 F.3d 139, 146–51
(4th Cir.), *cert. denied*, —— U.S. ——, 122
S.Ct. 573, —— L.Ed.2d —— (2001). Bur-
ton failed to establish that counsel's per-
formance fell below an objective standard
of reasonableness. *Strickland v. Wash-
ington*, 466 U.S. 668, 688–91, 104 S.Ct.
2052, 80 L.Ed.2d 674 (1984). Additionally,
as the district court noted, the Govern-
ment is not required to file a notice pursu-
ant to 21 U.S.C. § 851 (1994) where, as
here, any increase in sentence was due to
the calculations under the Sentencing
Guidelines. *United States v. Foster*, 68
F.3d 86, 89 (4th Cir.1995). Finally, the
district court did not err in declining to
conduct an evidentiary hearing. *United
States v. Yearwood*, 863 F.2d 6, 7 (4th
Cir.1988). Accordingly, we deny a certifi-
cate of appealability and dismiss the ap-
peal substantially on the reasoning of the
district court. *See United States v. Bur-
ton*, Nos. CR–00–16–HO; CA–01–299–5–H
(E.D.N.C. Aug. 7, 2001).

We dispense with oral argument because
the facts and legal contentions are ade-
quately presented in the materials before
the court and argument would not aid the
decisional process.

*DISMISSED.*